# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JO-ANNE SPARTA,**
Appellant,

v.

**RELATED AFFORDABLE, LLC, TRG MANAGEMENT COMPANY LLP,** and **SA RESIDENCES PRESERVATION, L.P.,**
Appellees.

No. 4D2025-0725

[December 18, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, II, Judge; L.T. Case No. 502023CA012067.

Jo-Anne Sparta, West Palm Beach, pro se.

Ryan D. Schoeb, Caitlin H. Reese, and Theodore C. Bilirakis of Wood Smith Henning & Berman, LLP, Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***